IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

United States of America

vs.                                    Case No. 18-00036-01/02-CR-W-BCW

SHAWN BURKHALTER
JOSHUA NESBITT

# JURY QUESTIONS

QUESTION:

1. Video from Mama China - School Camera Angle
2. Grand Jury testimony read by prosecution at end of Prosecution Arguments
3. Texts between Danny Dean & T. Cook Phone

_____
Foreperson

ANSWER:

#1) 402, 402(a) - 402(g) - is the Video from Mama China

#2) See attached

#3) exhibits 207-214 will be provided Relating to Danny Dean & T. Cook's phone

_____
BRIAN C. WIMES, U.S. District Judge

DATE/TIME: 8/28/2023 11:09

It is the jury's responsibility to remember the evidence and follow the Court's instructions.

_____
Brian C. Wimes, Judge

8/28/2023
_____
Date

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

United States of America

vs.  Case No. 18-00036-01/02-CR-W-BCW

SHAWN BURKHALTER
JOSHUA NESBITT

## JURY QUESTIONS

QUESTION:

1. Video from Rachel Ryce Intimidation incident
2. Timeline Calendar Exhibit

Foreperson

ANSWER:

#1 Exhibits 411, 411(a) - 411(d), 1543 - Related to Rachel Ryce Incident

#2 See attached

BRIAN C. WIMES, U.S. District Judge

DATE/TIME: 8/28/23 11:32 AM

It is the jury's responsibility to remember the evidence and follow the Court's instructions.

_____
Brian C. Wimes, Judge

11:37
_____
Date

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

United States of America

vs().                                    Case No. 18-00036-01/02-CR-W-BCW

SHAWN BURKHALTER
JOSHUA NESBITT

## JURY QUESTIONS

QUESTION:

Fast Stop Robbery Video
Nesbitt voice on jail calls
Diamond Cook pictures
Charles Leach pictures

_____
Foreperson

ANSWER:

Exhibits
1) 401, 401(a) - 401(v) - Contain video related to Fast Stop Robbery
2) Exhibits 1186-1190, 1003, 1006, 1007, 1015, 1028, 1039, 1040, 1045, 1046, 1049, 1061, 1062, 1063, 1064, 1071, 1179 pertain to Nesbitt's Jail calls
3) Exhibit 2128 - is Diamond Cook picture

_____
BRIAN C. WIMES, U.S. District Judge

DATE/TIME: 8/28/2023
11:14

4) Exhibits 628(d) - 628(z) are the photographs of Charles Leach